UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMEN BORG,

    Plaintiff,

v.

AMERICAN GENERAL ASSURANCE
COMPANY,

    Defendant.
                                    /

Case No. 09-10471

Honorable John Feikens

## **JUDGMENT**

This matter is before the Court on Plaintiff's Motion to Reverse Defendant's Arbitrary and Capricious ERISA Determination (Dkt. 14) and Defendant's Motion for Judgment Affirming ERISA Benefits Determination (Dkt. 16). For the reasons set forth in an opinion issued this date,

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Judgment is GRANTED, Plaintiff's Motion is DENIED, and Plaintiff's Complaint is **DISMISSED**.

                                                        s/ John Feikens
                                                        UNITED STATES DISTRICT JUDGE

Dated:  February 22, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 22, 2010.

 s/Carol Cohron
 Deputy Clerk